**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7385**

---

JAMIE WILLIAM SITES,

                                       Plaintiff - Appellant,

    and

JEDEDIAH LESLIE VICKERS; ROBERT ANTHONY
PROPST; JEREMY ANTHONY PROPST; CHARLES LEE
BENNETT,

                                         Plaintiffs,

    versus

PENDLETON COUNTY BOARD OF EDUCATION, A Public
Corporation,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:05-cv-00043-REM)

---

Submitted:  January 17, 2008      Decided:  January 25, 2008

---

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jamie William Sites, Appellant Pro Se.  Bryce Aaron Adkins, Jacquelyn J. Core, STEPTOE & JOHNSON, Morgantown, West Virginia; Richard Michael Yurko, Jr., STEPTOE & JOHNSON, Clarksburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie William Sites appeals from the district court's order denying relief on his motion for reconsideration filed pursuant to Fed. R. Civ. P. 60(b). Our review of the record discloses that this appeal is without merit. Sites' motion for reconsideration does not demonstrate that his civil complaint was improperly dismissed. We therefore find that the district court's denial of his motion for reconsideration was not an abuse of discretion. Accordingly, we affirm the district court's order on the reasoning of the district court. Sites v. Pendleton Cty. Bd. of Education, No. 2:05-cv-00043-REM (N.D.W. Va. Aug. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED